IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DYLAN BLANKS,

    Plaintiff,

v.

UNIVERSITY OF OREGON, LORETTA CANTWELL and LEANN GUTIERREZ, in their individual capacities and their official capacities,

    Defendants.

Civ. No. 6:17-cv-01578-AA

JUDGMENT

    This action is DISMISSED with prejudice and without an award of attorney fees or costs to any party.

    DATED: 4/9/2019

                                  Mary L. Moran, Clerk

                            By    /s/ Cathy Kramer
                                    Deputy Clerk

1 –JUDGMENT